(See 72 Or. 330.)

## MATLOCK *v.* MATLOCK.

(150 Pac. 261.)

From Lane: LAWRENCE T. HARRIS, Judge.

For appellant there was a brief over the names of *Mr. J. M. Pipes, Mr. Lark Bilyeu* and *Messrs. Woodcock & Smith,* with oral arguments by *Mr. Pipes* and *Mr. Bilyeu.*

For respondent there was a brief over the names of *Mr. W. H. Wilson* and *Messrs. Thompson & Hardy,* with oral arguments by *Mr. Wilson* and *Mr. C. A. Hardy.*

Department 1. Opinion PER CURIAM.

A rehearing of this cause was granted, but upon a reconsideration of the question involved we conclude the former opinion should be adhered to; and it is so ordered.          FORMER OPINION SUSTAINED.

MR. JUSTICE HARRIS took no part in the consideration of this cause.